# EXHIBIT A

# ALABAMA SJIS CASE DETAIL



**PREPARED FOR: MOLLY PALMER**

County: **05**  Case Number: **CV-2017-901032.00**  Court Action:
Style: **THOMAS R. SIMPSON V. LINCOLN NATIONAL LIFE INS. COMPANY**

Real Time

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | 05-BALDWIN | Case Number: | CV-2017-901032.00 | Judge: | SPT:SCOTT P. TAYLOR |
| Style: | THOMAS R. SIMPSON V. LINCOLN NATIONAL LIFE INS. COMPANY | | | | |
| Filed: | 09/06/2017 | Case Status: | ACTIVE | Case Type: | BAD FAITH/FRAUD/MISR |
| Trial Type: | BENCH | Track: | | Appellate Case: | 0 |
| No of Plaintiffs: | 1 | No of Defendants: | 1 | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | 0.00 | Punitive Damages: | 0.00 | General Damages: | 0.00 |
| No Damages: | | Compensatory Damages: | 0.00 | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | 0 | Num of Liens: | 0 | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | : | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subpoenas: | | Last Update: | 09/06/2017 | Updated By: | AJA |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - SIMPSON THOMAS R.

#### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | SIMPSON THOMAS R. | | Type: | I-INDIVIDUAL |
| Index: | D LINCOLN NATI | Alt Name: | | Hardship: | No | JID: | SPT |
| Address 1: | P.O. BOX 2521 | | | Phone: | (334) 000-0000 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Address 2: | | | | | | | |
| City: | **GULF SHORES** | State: | **AL** | Zip: | **36547-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | **M** | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | | Issued Type: | | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | CAL062 | | CALDWELL CLYDE RANDALL JR | RCALDWELL@CWALAWFIRM.COM | (251) 948-7017 |

## Party 2 - Defendant BUSINESS - LINCOLN NATIONAL LIFE INS. COMPANY

### Party Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party: | **D001-Defendant** | Name: | **LINCOLN NATIONAL LIFE INS. COMPANY** | | | Type: | **B-BUSINESS** |
| Index: | **C SIMPSON THOM** | Alt Name: | | | | JID: | **SPT** |
| | | | | Hardship: | **No** | | |
| Address 1: | **C/O CORP. SERVICE CO. INC** | | | Phone: | **(334) 000-0000** | | |
| Address 2: | **641 S. LAWRENCE ST.** | | | | | | |
| City: | **MONTGOMERY** | State: | **AL** | Zip: | **36104-0000** | Country: | **US** |
| SSN: | **XXX-XX-X999** | DOB: | | Sex: | | Race: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action: | | | | Court Action Date: | |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: | |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: | |
| Comment: | | | | Arrest Date: | |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: | |

### Service Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Issued: | **09/06/2017** | Issued Type: | **C-CERTIFIED MAIL** | Reissue: | | Reissue Type: | |
| Return: | | Return Type: | | Return: | | Return Type: | |
| Served: | | Service Type | | Service On: | | Served By: | |
| Answer: | | Answer Type: | | Notice of No Service: | | Notice of No Answer: | |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $5.47 | $5.47 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $15.38 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $334.00 | $334.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $384.47 | $399.85 | -$15.38 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/06/2017 | CREDIT | CONV | 2017237 | 5985140 | $15.38 | C001 | 000 | | N | | | WIM |
| 09/06/2017 | RECEIPT | AOCC | 2017237 | 5985130 | $5.47 | C001 | 000 | | N | | | WIM |
| 09/06/2017 | RECEIPT | CV05 | 2017237 | 5985150 | $334.00 | C001 | 000 | | N | | | WIM |
| 09/06/2017 | RECEIPT | VADM | 2017237 | 5985160 | $45.00 | C001 | 000 | | N | | | WIM |

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 9/6/2017 | 1:36 PM | ECOMP | COMPLAINT E-FILED. | CAL062 |
| 9/6/2017 | 1:37 PM | FILE | FILED THIS DATE: 09/06/2017     (AV01) | AJA |
| 9/6/2017 | 1:37 PM | EORD | E-ORDER FLAG SET TO "Y"     (AV01) | AJA |
| 9/6/2017 | 1:37 PM | ASSJ | ASSIGNED TO JUDGE: SCOTT TAYLOR     (AV01) | AJA |
| 9/6/2017 | 1:37 PM | SCAN | CASE SCANNED STATUS SET TO: N     (AV01) | AJA |
| 9/6/2017 | 1:37 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED     (AV01) | AJA |
| 9/6/2017 | 1:37 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE     (AV01) | AJA |
| 9/6/2017 | 1:37 PM | ORIG | ORIGIN: INITIAL FILING     (AV01) | AJA |
| 9/6/2017 | 1:37 PM | C001 | C001 PARTY ADDED: SIMPSON THOMAS R.     (AV02) | AJA |
| 9/6/2017 | 1:37 PM | C001 | LISTED AS ATTORNEY FOR C001: CALDWELL CLYDE RANDA | AJA |
| 9/6/2017 | 1:37 PM | C001 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 9/6/2017 | 1:37 PM | C001 | C001 E-ORDER FLAG SET TO "N"     (AV02) | AJA |
| 9/6/2017 | 1:37 PM | D001 | D001 PARTY ADDED: LINCOLN NATIONAL LIFE INS. COMPA | AJA |
| 9/6/2017 | 1:37 PM | D001 | INDIGENT FLAG SET TO: N     (AV02) | AJA |
| 9/6/2017 | 1:37 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE     (AV02) | AJA |
| 9/6/2017 | 1:37 PM | D001 | CERTIFIED MAI ISSUED: 09/06/2017 TO D001   (AV02) | AJA |
| 9/6/2017 | 1:37 PM | D001 | D001 E-ORDER FLAG SET TO "N"     (AV02) | AJA |

END OF THE REPORT

ELECTRONICALLY FILED
9/6/2017 1:36 PM
05-CV-2017-901032.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>05-<br>Date of Filing: 09/06/2017   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**THOMAS R. SIMPSON v. LINCOLN NATIONAL LIFE INS. COMPANY**

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☑ Business  ☐ Individual
                    ☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING     A ☐ APPEAL FROM DISTRICT COURT     O ☐ OTHER
             R ☐ REMANDED           T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** CAL062         9/6/2017 1:36:17 PM         /s/ C. Randall Caldwell JR.
                                  Date                        Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**  ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
9/6/2017 1:36 PM
05-CV-2017-901032.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT FOR BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| THOMAS SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.: CV-2017- |
| | ) |
| LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, and | ) |
| Fictitious Defendants A, B and/or C, | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW, the Plaintiff THOMAS SIMPSON, and files this his Complaint against the Defendant LINCOLN NATIONAL LIFE INSURANCE COMPANY, A, B and/or C, alleging as follows, to-wit:

## JURISDICTION AND VENUE

1. Plaintiff, Thomas Simpson, is a resident citizen of Baldwin County, Alabama, over the age of nineteen (19) years.

2. The Defendant, Lincoln National Life Insurance Company, is a foreign company, registered to do business in the State of Alabama, and has sufficient minimum contacts in Alabama.

3. The amount in controversy exceeds this Honorable Court's minimum jurisdictional limit.

4. Jurisdiction and venue are therefore proper.

## COUNT I
### (Breach of Contract)

Plaintiff, THOMAS SIMPSON, alleges against Defendants, LINCOLN NATIONAL LIFE INSURANCE COMPANY, and A, B and/or C, as follows:

5. The Plaintiff has an existing insurance policy with Lincoln National Life Insurance Company.

6. The Plaintiff obtained said insurance policy through his employer, City of Gulf Shores.

7. On or about the 13th day of January, 2017, the Social Security Administration determined the Plaintiff had a severe impairment which has rendered him fully disabled.

8. According to the Social Security Administration, the date of disability is December 18, 2014.

9. Plaintiff filed a claim for Long Term Disability benefits through his policy with Lincoln National Life Insurance Company.

10. Lincoln National Life Insurance Company denied Plaintiff's claim for long term disability benefits, and continues to deny his claim.

11. Defendant's refusal to pay disability benefits constitutes a willful and material breach of the insurance contract by the Defendant. As a result, the Plaintiff has been caused to suffer actual damages, consequential damages and mental anguish.

WHEREFORE, Plaintiff THOMAS SIMPSON, demands judgment against the Defendant, LINCOLN NATIONAL LIFE INSURANCE COMPANY, and A, B and/or C, for actual damages, general damages, and such other damages as allowed by the State of Alabama in

an amount in excess of this Honorable Court's minimum jurisdictional limit, plus interest and costs.

## COUNT II
### (Bad Faith)

Plaintiff, THOMAS SIMPSON, alleges against Defendants, LINCOLN NATIONAL LIFE INSURANCE COMPANY, and A, B and/or C, as follows:

12. Plaintiff adopts and avers each and every paragraph above as if fully set out herein.

13. The Defendant was under a duty to promptly and fairly pay the claim made by the Plaintiff, and at all times pertinent herein, had a duty to exercise reasonable care and good faith in investigating the Plaintiff's claim and had a duty to comply with the terms of its own policy of insurance.

14. Defendant has not fairly or promptly paid the Plaintiff's claim and has, in fact, intentionally and deliberately refused to pay said claim.

15. The Defendant has failed to and refused to conduct a reasonable investigation of the basis of denial of the Plaintiff's claim.

16. The Defendant has no reasonably legitimate or arguable reason for the refusal to pay the claim for benefits.

17. Further, the Defendant has actual knowledge that it lacks any reasonably legitimate or arguable reason for the refusal to pay the claim for disability benefits.

18. The Defendant has therefore acted intentionally and maliciously with the intent to annoy and injure the Plaintiff in such a manner as to constitute bad faith, giving rise to an independent tort entitling the Plaintiff to actual and punitive damages from the Defendant.

WHEREFORE, the Plaintiff, THOMAS SIMPSON, demands judgment against the Defendant, LINCOLN NATIONAL LIFE INSURANCE COMPANY, and A, B and/or C, for actual damages, general damages, punitive damages and other such damages as allowed by the State of Alabama.

Respectfully submitted this 6th day of September, 2017.

                                        ATTORNEY FOR THE PLAINTIFF

                          BY: *s/C. Randall Caldwell, Jr*
                                C. RANDALL CALDWELL, Jr. (CAL062)
                                CALDWELL WENZEL & ASTHANA, P. C.
                                Post Office Box 2158
                                Foley, Alabama 36536
                                (251) 948-2168
                                rcaldwell@cwalawfirm.com

**DEFENDANT TO BE SERVED VIA CERTIFIED MAIL BY CLERK OF COURT:**

**Lincoln National Life Insurance Company**
**c/o Corporation Service Company, Inc., Registered Agent**
**641 South Lawrence Street**
**Montgomery, AL 36104**



AlaFile E-Notice

05-CV-2017-901032.00

To:  C. Randall Caldwell JR.
rcaldwell@caldwellwenzel.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

THOMAS R. SIMPSON V. LINCOLN NATIONAL LIFE INS. COMPANY
05-CV-2017-901032.00

The following complaint was FILED on 9/6/2017 1:36:44 PM

Notice Date:     9/6/2017 1:36:44 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

251-937-9561
jody.campbell@alacourt.gov



USPS CERTIFIED MAIL

312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL, 36507

9214 8901 7301 4105 1700 0508 73

05-CV-2017-901032.00

To: LINCOLN NATIONAL LIFE INS. COMPANY
C/O CORP. SERVICE CO. INC
641 S. LAWRENCE ST.
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

THOMAS R. SIMPSON V. LINCOLN NATIONAL LIFE INS. COMPANY
05-CV-2017-901032.00

The following complaint was FILED on 9/6/2017 1:36:44 PM

Notice Date: 9/6/2017 1:36:44 PM

JODY WISE CAMPBELL
CIRCUIT COURT CLERK
BALDWIN COUNTY, ALABAMA
312 COURTHOUSE SQUARE
SUITE 10
BAY MINETTE, AL 36507

251-937-9561
jody.campbell@alacourt.gov

| State of Alabama  Unified Judicial System  Form C-34   Rev. 4/2017 | **SUMMONS**  **- CIVIL -** | **Court Case Number**  05-CV-2017-901032.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**THOMAS R. SIMPSON V. LINCOLN NATIONAL LIFE INS. COMPANY**

**NOTICE TO:** LINCOLN NATIONAL LIFE INS. COMPANY, C/O CORP. SERVICE CO. INC 641 S. LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), C. Randall Caldwell JR.,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: Post Office Box 2142, Foley, AL 36636.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THOMAS R. SIMPSON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

9/6/2017 1:36:44 PM         /s/ JODY WISE CAMPBELL         By: _____
*(Date)*                    *(Signature of Clerk)*           *(Name)*

☑ Certified Mail is hereby requested.     /s/ C. Randall Caldwell JR.
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*       *(Name of County)*

Alabama on _____.
*(Date)*

_____         _____         _____
*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

                         _____         _____
                         *(Server's Printed Name)*   *(Phone Number of Server)*