IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THOMAS SIMPSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: |
| v. | ) 1:17-cv-00457-CG-C |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

**COMES NOW** the Parties, by and through their respective attorneys, and hereby stipulate that all claims between the parties in this matter have been settled, and that the claims against Defendant are due to be dismissed, *with prejudice*.

Respectfully submitted,

*s/C. Randall Caldwell, Jr.*
C. RANDALL CALDWELL, JR.
CALDWELL WENZEL & ASTHANA, PC
*Attorney for Plaintiff*
Post Office Box 2158
Foley, Alabama 36536
(251)948-2168
rcaldwell@caldwellwenzel.com

*s/Jason A. Walters*
JASON A. WALTERS
BRADLEY ARANT BOULT CUMMINGS, LLP
*Attorney for Defendant*

1819 Fifth Ave. North
Birmingham, AL 35203
(205)521-8000
jwalters@bradley.com