## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| THOMAS SIMPSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )    CIVIL ACTION NO. 17-0457-CG-C |
| | ) |
| THE LINCOLN NATIONAL LIFE | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

## ORDER

The parties having filed a joint Stipulation to Dismiss with Prejudice (Doc. 18), all claims in this action are hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his or its own costs.

**DONE and ORDERED** this 23rd day of January, 2018.

                        /s/  Callie V. S. Granade
                        SENIOR UNITED STATES DISTRICT JUDGE